UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Santiago Abreau
                      Plaintiff,

v.                                      Case No.: 1:15−cv−08456
                                                    Honorable Milton I. Shadur

Take−Out, Inc.
                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 20, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Motion hearing set for 1/28/2016 is stricken. Plaintiff's motion for default [6] is moot. Plaintiff's motion for voluntary dismissal [12] is granted. This case is voluntarily dismissed without prejudice. Status hearing set for 2/2/2016 is stricken.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.